**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **DONNELL SAQUAN BARNES,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:13cv00435** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **RED ONION STATE PRISON** | ) | |
| **MEDICAL DEPT. STAFF (ALL),** | ) | **By: Norman K. Moon** |
| **Defendant.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 9th day of January, 2014.

_Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE